UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARLOS VASQUEZ ARROYO,          )     No. CV 08-4184-DDP(CW)
                               )
                Petitioner,     )     JUDGMENT
                               )
        v.                      )
                               )
GOV. ARNOLD SCHWARZENEGGER,      )
                               )
                Respondents.    )
_____)

    **IT IS ADJUDGED** that the petition is summarily dismissed, without prejudice.

DATED:   9-22-08


                              _____
                              DEAN D. PREGERSON
                              United States District Judge